United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E.K. WADE,

    Plaintiff,

  v.

ROBERT DOUGLAS, R.N., DR. CHRISTINE LEYBA, AND DR. DONALD CHAPMAN (IN THEIR INDIVIDUAL CAPACITIES),

    Defendant.

No. C 07-080273 WHA

**ORDER OF REFERRAL**

Upon review, this action appears to concern the same parties, transactions, and events as a series of cases filed in the Northern District of California. The earliest filed action was *Wade v. Department of Veterans Affairs Northern California Healthcare System*, Case No. C 05-4960 CRB. In conjunction with these cases, the Clerk of the Court was ordered to refuse any lawsuit brought by plaintiff relating to the same subjects, absent express written authorization. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Charles R. Breyer for the purpose of determining whether it is related as defined in Civil Local Rule 3-12(a).

**IT IS SO ORDERED.**

Dated: December 18, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE