UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

E K WADE,

          Plaintiff,

  v.

ROBERT DOUGLAS et al,

          Defendant.

Case Number: CV07-80273 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

E.K. Wade
542 North Civic Dr., Apt. D
Walnut Creek, CA 94597

Dated: January 23, 2008

                                  Richard W. Wieking, Clerk
                                  By: Barbara Espinoza, Deputy Clerk