IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E.K. WADE,

    Plaintiff,

  v.

ROBERT DOUGLAS, ET AL.,

    Defendant.
_____/

No. C 07-80273 CRB

**ORDER**

    Plaintiff E.K. Wade has filed over twenty-four lawsuits in this Court, many of which pertain to treatment, prescriptions, or benefits received (or not received) at the Veterans Affairs Northern California Health Care System. On December 14, 2006, the Court entered a pre-filing order against Wade, requiring that Wade seek leave "before filing any additional complaints against the Veterans Affairs Northern California Health Care System, any of its employees, or against the United States or any other government official in connection with his disputes with the VA system." Order, <u>Wade v. United States, et al.</u>, 06-2346. Wade violated the Court's order by filing a complaint in this case against VA employees on December 4, 2007, without seeking leave to file. Accordingly, Wade's complaint is DISMISSED WITHOUT PREJUDICE.

///

Before refiling his complaint, Wade must seek leave to file and submit a declaration demonstrating why good cause supports granting leave to file.

**IT IS SO ORDERED.**

Dated: January 28, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE